IN RE:  CASE NO. 00-52933

ANTHONY & KAREN PETERSON  CHAPTER 7

    Debtor  REPORT OF UNCLAIMED DIVIDEND

FILED 2010 JAN 26 PM 1:11 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that checks #103, 105, 106, 107 and 109 were issued on October 15, 2009 to the following claimants as and for a first and final dividend in this estate, in the amount set forth below, but that said checks have not been negotiated. The Trustee thus issues check #118 to the Clerk of Courts in the amount of $1,065.44 as and for unclaimed dividends herein for the Claimants as set forth in the attached Stale Check Report.

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Harold.corzin@psinet.com

January 19, 2010

cc: U. S. Trustee

*Receipt #81222*
*Check 118*

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 00-52933 - PETERSON, ANTHONY

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-1117632-66 | 118 | 01/14/10 | U. S. BANKRUPTCY COURT | | | $1,065.44 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 103 | 10/12/00 | 610 | Founders Trust<br>PO Box 88340<br>Sioux Falls, SD 57109 | 219.00 | 219.00 | 8.35 | 8.13 |
| 5 | 105 | 10/23/00 | 610 | EDUCATIONAL CR MGMT CORP [ECMC]<br>101 EAST 5TH ST #2400<br>ST PAUL, MN 55101 | 27,318.86 | 27,318.86 | 1,041.75 | 1,012.59 |
| 6 | 106 | 10/25/00 | 610 | Kaufmann's<br>PO Box 629<br>Pittsburgh, PA 15230 | 540.49 | 540.49 | 20.61 | 20.03 |
| 9 | 107 | 11/15/00 | 610 | ZALE<br>BOX 8501<br>SAN MARCOS, TX 78666-8501 | 338.49 | 338.49 | 12.91 | 12.55 |
| 13 | 109 | 02/22/01 | 610 | Retailers Natl Bank<br>c/o The Creditor's Rights&Bankruptc<br>695 Rancocas Rd #101<br>Westampton, NH 08060 | 327.49 | 327.49 | 12.49 | 12.14 |

(*) Denotes objection to Amount Filed